UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZACHARY GAYNOR,

                Plaintiff,

-against-

CITY OF NEW YORK, *et al.*,

                Defendants.

20-CV-5226 (CM)

CIVIL JUDGMENT

Pursuant to the order issued September 4, 2020, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice for Plaintiff's failure to submit a completed request to proceed in forma pauperis ("IFP application") or pay the $400.00 in filing fees. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   September 4, 2020
          New York, New York

                                            COLLEEN McMAHON
                                            Chief United States District Judge